IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KRISTI POE                                                                                          PLAINTIFF

V.                           NO. 3:14CV00222 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                       DEFENDANT

## ORDER

The Commissioner's Unopposed Motion to Remand (*doc. 12*) is GRANTED. This is a remand pursuant to "sentence four" of 42 U.S.C. § 405(g).

Dated this 19th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE