# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KRISTI POE                                                                                                    PLAINTIFF

V.                             NO. 3:14CV00222 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                                     DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 19th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE